In the Matter of the Application of HARRY T. GRADY, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and PIERCE J. WHELAN, JR., DANIEL MARSHALL, JOSEPHINE CRAMER, FRANK SCHAEFER and JOHN J. HUGHES, Respondents, etc.— Order denying

application for an order directing the board of elections of the city of New York to cause to be printed and furnished to the fourth election district of the fourth Assembly district in the borough of Queens new primary ballots containing specified names, and directing that a proper primary election be held for that district, affirmed. No opinion. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.